UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA KOKER<br><br>    Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICING, LLC;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br>JAMES E. CLARKE; and ATLANTIC<br>LAW GROUP, LLC<br><br>    Defendants. | Case No. 12-cv-1069 |

**NOTICE OF REMOVAL**

Defendant Aurora Loan Services LLC ("Aurora"), wrongly sued herein as "Aurora Loan Servicing, LLC," by and through its undersigned counsel, submits the following Notice of Removal pursuant to 28 U.S.C. § 1441(a) and 1446. As grounds for this Removal, Aurora states as follows:

1.    Aurora is named in a civil action filed on or about March 21, 2012 by Plaintiff Lisa Koker ("Plaintiff"), in the Superior Court of the District of Columbia, Case No. 0002644-12, entitled *Lisa Koker v. Aurora Loan Servicing, LLC, et al.* (the "District of Columbia Action").

2.    On June 11, 2012, Aurora was served with the complaint in the District of Columbia Action. *See* Exhibit A hereto (copies of the District of Columbia Complaint).

3.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because it is filed on June 28, 2012, which is within 30 days of service on Aurora of a copy of the complaint,.

4. Aurora has not yet filed an answer or otherwise responded to the complaint in the District of Columbia Action.

5. Removal to this district court is proper because this is the district which embraces the court in which Plaintiff filed the District of Columbia Action, within the meaning of 28 U.S.C. § 1441(a).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), because Count IX of the action arises under the federal Real Estate Settlement Procedures Act, 12 U.S.C. §2601, *et seq*. ("RESPA").

7. This Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

8. Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") joins in and consents to this removal. *See* Exhibit B hereto (copy of MERS's consent to removal).

9. In addition Defendants James E. Clarke, and Atlantic Law Group, LLC consent to this removal. *See* Exhibit C hereto (copy of Defendants James E. Clarke's and Atlantic Law Group, LLC's consent to removal).

10. As required by 28 U.S.C. § 1446(d), Aurora will provide written notice of the removal of this action to Plaintiff, and to the Superior Court of the District of Columbia.

11. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit D are copies of all papers received as of June 28, 2012.

WHEREFORE, Aurora requests that the District of Columbia Action be removed from state court to this Court, and that this Court assume jurisdiction over the action and determine it on the merits.

Dated:  June 29, 2012                               Respectfully submitted,


                                        By:     /s/ Birgit Dachtera Stuart
                                                Birgit Dachtera Stuart, *Of Counsel*
                                                DC Bar No. 979150
                                                McGinnis Tessitore Wutscher LLP
                                                200 A Monroe Street
                                                Suite 104
                                                Rockville, MD 20850
                                                Phone: (301) 424-7490
                                                Fax:  (301) 424-7470
                                                bstuart@mtwllp.com
                                                Attorney for Aurora Loan Services LLC

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document and any related exhibits was served this **29th day of June, 2012**, by first-class mail postage prepaid on the following:

Craig A. Butler, Esq.
The Butler Law Group, PLLC
1425 K Street NW, Suite 350
Washington, DC  20005

Rita Ting-Hopper, Esq.
Atlantic Law Group, LLC
1602 Village Market Boulevard SE
Suite 310
Leesburg, VA 20175

James E. Clarke, Esq.
1602 Village Market Boulevard SE
Suite 310
Leesburg, VA  20175

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, *Of Counsel*
McGinnis Tessitore Wutscher LLP
200 A Monroe Street
Suite 104
Rockville, MD 20850
Phone: (301) 424-7490
Fax:  (301) 424-7470
bstuart@mtwllp.com