**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LISA KOKER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 12-1069 (RBW) |
| AURORA LOAN SERVICING, LLC, et al., | ) |
| Defendants. | ) |

## **ORDER**

In accordance with the Memorandum Opinion issued this same date, it is

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.  It is further

**ORDERED** that this case is **CLOSED**.  It is further

**ORDERED** that the initial scheduling conference originally set for 10:00 a.m. on January 10, 2013, is **CANCELED**.

**SO ORDERED** this 3rd day of January, 2013.

REGGIE B. WALTON
United States District Judge